# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Lawrence Edward Wilson                    Docket No. 5:04-CR-215-1H

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lawrence Edward Wilson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, and Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 7, 2005, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Lawrence Edward Wilson was released from custody on December 7, 2010, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 21, 2011, Wilson submitted a drug test in accordance with the Surprise Urinalysis Program that tested positive for the presence of cocaine. The defendant denied using cocaine and the specimen was sent to the laboratory for confirmation testing. The result of the subsequent laboratory test on March 25, 2011, was also positive for cocaine. When questioned on March 29, and April 4, 2011, Wilson continued to deny using illegal drugs. Due to the defendant's ongoing denial of drug use, treatment is not being recommended at this time. However, in an effort to deter future drug use, it is recommended that the DROPS Program be added as a condition of supervision, in addition to an immediate two-day period of intermittent confinement. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Lawrence Edward Wilson
Docket No. 5:04-CR-215-1H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

2. The defendant will serve a period of two days of intermittent confinement, as arranged by the probation office and the Bureau of Prisons.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: April 5, 2011 |

**ORDER OF COURT**

Considered and ordered this 6th day of April, 2011, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge